EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Iván M. Flores Ayffán | 2007 TSPR 72 170 DPR _____ |

Número del Caso: TS-9812

Fecha: 19 de abril de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Iván M. Flores Ayffán

TS-9812

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de abril de 2007

Examinada la "Moción solicitando reinstalación al notariado", presentada por el Lcdo. Iván M. Flores Ayffán, se ordena su reinstalación al ejercicio de notaría, efectiva dicha reinstalación al 1 de mayo de 2007.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo